Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 6:13-mj-034-MJS |
| Plaintiff, | |
| v. | **STATEMENT OF ALLEGED PROBATION VIOLATION(S)** |
| BRYCE FRANKLIN GRANADO, | |
| Defendant. | Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

Defendant, Bryce Franklin GRANADO, was arrested June 30, 2013, in Yosemite National Park and charged with one count in a criminal complaint: Count 1: being under the influence of alcohol to the extent one may be a danger to oneself or others. GRANADO plead guilty July 1, 2013, to Count 1. GRANADO was sentenced to pay a fine of $250, to attend and complete a nine month in-patient treatment program at City Team, and to 12 months of unsupervised probation. The government filed a Statement of Alleged Probation Violation(s) on June 23, 2014, alleging GRANADO failed to attend and complete the nine month program and failed to pay any of his $250 fine. After two warrants issued, GRANADO appeared on February 3, 2015, and admitted both violations. GRANADO was sentenced to the following: 12 months additional unsupervised probation, obey all laws, report new violations, AA three times weekly, pay

1

the $250 fine previously ordered, complete 50 hours community service, and 30 days

custody suspended. A Review Hearing was set for January 5, 2016, at 10:00 AM. The

Government alleges Bryce Franklin GRANADO has violated the following conditions of

his unsupervised probation:                                `

CHARGE ONE:       FAILURE TO ATTEND AA

      GRANADO was ordered to attend AA three times weekly for the term of

probation. To date, the Yosemite Legal Office has not received any proof of attendance.

CHARGE TWO:       FAILURE TO PAY FINE

      GRANADO was ordered to pay a fine of $250. GRANADO has paid $0 of the

$250 fine.

CHARGE THREE:   FAILURE TO COMPLETE COMMUNITY SERVICE

      GRANADO was ordered to complete 50 hours of community service. To date,

GRANADO has not provided proof of any community service to the Yosemite Legal

Office.

      The Yosemite Legal Office respectfully requests the above referenced matter,

*U.S. v. Bryce Franklin Granado*, 6:13-mj-34-MJS, remain on calendar for January 5,

2016, at 10:00 AM.

Dated: December 23, 2015                     By: /s/ Matthew McNease_____
                                                         Matthew McNease
                                                         Acting Legal Officer
                                                         Yosemite National Park, CA


**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

      Defendant shall appear at the U.S. District Court, E.D. Cal., Yosemite Division,
Courthouse on January 5, 2016 at 10:00 AM for the reasons set forth above and as
ordered at the time of sentencing.
IT IS SO ORDERED.


    Dated:   December 23, 2015          /s/ *Michael J. Seng*
                                                         UNITED STATES MAGISTRATE JUDGE

`