Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  6:13-mj-0034-MJS |
| Plaintiff, | |
| v. | **MOTION TO WITHDRAW ALLEGATION OF PROBATION VIOLATION; AND ORDER THEREON** |
| BRYCE GRANADO, | |
| Defendant. | |

The United States, by and through it representative, legal officer Susan St. Vincent, hereby moves to withdraw the Statement of Alleged Probation Violation and requests an order thereon.  The Statement of Alleged Probation violation was signed by this Court and filed on December 23, 2015.  The government does not believe it can prove jurisdiction for the probation violations.

.

Dated:  October 17, 2016           NATIONAL PARK SERVICE


   /S/ Susan St. Vincent
Susan St. Vincent
Acting Legal Officer

1

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced probation violation in the matter of *United States v. Granado* 6:13-12-mj-0034-MJS, be withdrawn.

IT IS SO ORDERED.

Dated:   October 18, 2016            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

2